```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                     Case No. 19-00807-HWV
John R Sebastian                                                           Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh              Page 1 of 1           Date Rcvd: Apr 15, 2019
                              Form ID: ntcnfhrg          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db           +John R Sebastian,    2328 State Street,    Floor #1,    Harrisburg, PA 17103-1741
5166942       AT&T Mobility,    c/o Sunrise Credit Services Inc,    PO Box 9100,    Farmingdale, NY 11735-9100
5184963       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
5166941      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5166943      +Atlantic Credit & Finance Inc,    PO Box 2083,    Warren, MI 48090-2083
5166944      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5166945      +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
5166948      +Firstsource Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
5166950       Mercy Diagnostics Inc,    3109 Poplarwood Court,    Suite 302,    Raleigh, NC 27604-1044
5166951      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5166954      +WC Eshenaur & Son, Inc.,    200 South 41st Street,    Harrisburg, PA 17111-2276
5166955      +Weltman Weinberg & Reis Co,    436 7th Ave,    STE 2500,    Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2019 19:51:00
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5166946      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 15 2019 19:51:00      CreditOne Bank,
              PO Box 60500,    City of Industry, CA 91716-0500
5169309       E-mail/Text: mrdiscen@discover.com Apr 15 2019 19:48:24      Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5166947      +E-mail/Text: mrdiscen@discover.com Apr 15 2019 19:48:24      Discover Financial,    Po Box 3025,
              New Albany, OH 43054-3025
5166949      +E-mail/Text: unger@members1st.org Apr 15 2019 19:49:31      Members 1st Fcu,
              Attn: Bankruptcy Dept,    5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5182399      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 15 2019 19:48:57      Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
5166952      +E-mail/Text: bankruptcynotices@psecu.com Apr 15 2019 19:49:26      P S E C U,
              Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
5173427      +E-mail/Text: bankruptcynotices@psecu.com Apr 15 2019 19:49:27      PSECU,    PO BOX 67013,
              HARRISBURG, PA 17106-7013
5166953      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2019 19:51:26
              Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
5168232      +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2019 19:51:08      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James    Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Steven P. Miner     on behalf of Debtor 1 John R Sebastian sminer@daleyzucker.com,
           aewing@daleyzucker.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> John R Sebastian, <br>     **Debtor 1** | Chapter     13 <br><br> Case No.     1:19−bk−00807−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 15, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Ronald Reagan Federal Building, <br> Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, <br> Harrisburg, PA 17101 | Date: May 22, 2019 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 15, 2019 |

ntcnfhrg (03/18)