Certificate Number: 17572-PAM-DE-032793546

Bankruptcy Case Number: 19-00807



17572-PAM-DE-032793546

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 9, 2019</u>, at <u>7:13</u> o'clock <u>AM PDT</u>, <u>John Sebastian</u> completed a course on personal financial management given <u>by telephone</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>May 9, 2019</u>

By:  <u>/s/Leigh-Anna M Thompson</u>

Name:  <u>Leigh-Anna M Thompson</u>

Title:  <u>Counselor</u>