Certificate Number: 17572-PAM-DE-032793546

Bankruptcy Case Number: 19-00807



17572-PAM-DE-032793546

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 9, 2019, at 7:13 o'clock AM PDT, John Sebastian completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  May 9, 2019    By:    /s/Leigh-Anna M Thompson

Name:  Leigh-Anna M Thompson

Title:  Counselor