In re:                            Case No. 19-00807-HWV

John R Sebastian             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: AutoDocke            Page 1 of 2
Date Rcvd: Sep 14, 2022        Form ID: 3180W          Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John R Sebastian, 2328 State Street, Floor #1, Harrisburg, PA 17103-1741 |
| 5166943 | + | Atlantic Credit & Finance Inc, PO Box 2083, Warren, MI 48090-2083 |
| 5166950 | | Mercy Diagnostics Inc, 3109 Poplarwood Court, Suite 302, Raleigh, NC 27604-1044 |
| 5166954 | + | WC Eshenaur & Son, Inc., 200 South 41st Street, Harrisburg, PA 17111-2276 |
| 5166955 | + | Weltman Weinberg & Reis Co, 436 7th Ave, STE 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Sep 14 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5166942 | | Email/Text: bankruptcy@sunrisecreditservices.com | Sep 14 2022 18:40:00 | AT&T Mobility, c/o Sunrise Credit Services Inc, PO Box 9100, Farmingdale, NY 11735-9100 |
| 5184963 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 18:40:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5166941 | + | Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 18:40:05 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5166945 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 14 2022 18:40:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5166946 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2022 18:40:00 | CreditOne Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5169309 | | EDI: DISCOVER.COM | Sep 14 2022 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5166947 | + | EDI: DISCOVER.COM | Sep 14 2022 22:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5166948 | + | Email/Text: crdept@na.firstsource.com | Sep 14 2022 18:40:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 5166944 | | EDI: JPMORGANCHASE | Sep 14 2022 22:43:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5166949 | + | Email/Text: unger@members1st.org | Sep 14 2022 18:40:00 | Members 1st Fcu, Attn: Bankruptcy Dept, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5182399 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2022 18:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5166951 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2022 18:40:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5187263 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2022 18:40:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5166952 | + | Email/Text: bankruptcynotices@psecu.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 14 2022 18:40:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5195680 | | EDI: PRA.COM | Sep 14 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5173427 | + | Email/Text: bankruptcynotices@psecu.com | Sep 14 2022 18:40:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5166953 | + | EDI: RECOVERYCORP.COM | Sep 14 2022 22:43:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5168232 | + | EDI: RMSC.COM | Sep 14 2022 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Steven P Miner | on behalf of Debtor 1 John R Sebastian sminer@cklegal.net mrenno@cklegal.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John R Sebastian<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7210<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-00807-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John R Sebastian

9/14/22

**By the court:**

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W             **Chapter 13 Discharge**             page 2