## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    JOHN R SEBASTIAN          Case No.: 1-19-00807-HWV
                                                             Chapter 13

    Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NATIONSTAR MORTGAGE LLC D/B/A MR COOPER |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 6103/PRE ARREARS/2328 STATE ST |
| Property Address if applicable: | 2328 STATE STREET, FLOOR #1, HARRISBURG, PA17103 |

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $83.46 |
| b. | Prepetition arrearages paid by the Trustee: | $83.46 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $83.46 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 27, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name: NATIONSTAR MORTGAGE LLC D/B/A MR COOPER
Court Claim Number: 06

```
CLM #    CHECK #    DATE         PRIN PAID    INT PAID    TOTAL DISB
5200     2014859    07/13/2022   $42.15       $0.00       $42.15
5200     2015921    08/17/2022   $41.31       $0.00       $41.31
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
JOHN R SEBASTIAN  Case No.: 1-19-00807-HWV
 Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 27, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

STEVEN P MINER ESQUIRE  SERVED ELECTRONICALLY
CALDWELL & KEARNS
3631 NORTH FRONT STREET
HARRISBURG PA, 17110-

NATIONSTAR MORTGAGE LLC  SERVED BY 1ST CLASS MAIL
PO BOX 619096
DALLAS, TX, 75261-9741

JOHN R SEBASTIAN  SERVED BY 1ST CLASS MAIL
2328 STATE STREET
FLOOR #1
HARRISBURG, PA 17103

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 27, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com