| Fill in this information to identify the case: |
|---|
| Debtor 1   John R Sebastian |
| Debtor 2 |
| United States Bankruptcy Court for the: Middle District of Pennsylvania |
| Case number :   1:19-bk-00807-HWV |

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **Nationstar Mortgage LLC d/b/a Mr. Cooper** | **Court claim no.** (if known): | **6** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **6103** | **Date of payment change:** Must be at least 21 days after date of this notice | **01/01/2021** |
| *Per the attached correspondence, the new payment was effective 01/01/2021. Creditor recognizes that notice of the new payment amount is untimely under Rule 3002.1. Creditor is filing this notice of payment change to substantially comply with Bankruptcy Rule 3002.1. This payment change is the result of Mortgage Insurance being removed from the account. Because of the timing of the review and removal process, it is often times impossible to meet the notice requirements of 3002.1. Since the monthly mortgage payment decreased, it is assumed minimal harm, if any, will be caused by the delay in filing this notice. Any overpayment of funds resulting from the delayed notice can be returned to the debtor or trustee upon request.* | | **New total payment:** Principal, interest, and escrow, if any | **$743.32** |

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [X]  No

   [ ]  Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:**                              **New escrow payment:**

### Part : 2   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X]  No

   [ ]  Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**                                 **New interest rate:**
   **Current Principal and interest payment:**   **New principal and interest payment:**

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [ ]  No

   [X]  Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:    MI Cancellation
   **Current mortgage payment: $769.53**              **New mortgage payment: $743.32**

| Debtor 1 | John R Sebastian | | | Case number (if known) | 1:19-bk-00807-HWV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Lynn Pluister                                  Date  01/11/2021
Signature

| | | | |
|---|---|---|---|
| Print: | Lynn Pluister | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 12th day of January, 2021.

/S/ Lynn Pluister

LYNN PLUISTER
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 1:19-bk-00807-HWV)

Debtor
John R Sebastian
2328 State Street
Floor #1
Harrisburg, PA 17103

Attorney
Steven P Miner
Caldwell & Kearns, P.C.
3631 N. Front Street
Harrisburg, PA 17110

Trustee
Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101



PO Box 818060
5801 Postal Road
Cleveland, OH 44181

12/24/2020



**OUR INFO**
**CUSTOMER SERVICE**
**888-480-2432**

| | |
|---|---|
| Mon-Thu | 7 a.m. to 8 p.m. (CT) |
| Fri | 7 a.m. to 7 p.m. (CT) |
| Sat | 8 a.m. to 12 p.m. (CT) |

**ONLINE**
**www.mrcooper.com**

JOHN R. SEBASTIAN
2328 STATE ST
HARRISBURG, PA 17103

**YOUR INFO**
**LOAN NUMBER**

**PROPERTY ADDRESS**
**2328 STATE ST**
**HARRISBURG, PA 17103**

# WELCOME TO A SMALLER PAYMENT.

*Your mortgage insurance (MIP) is no longer necessary.*

Dear JOHN SEBASTIAN,

Congratulations! You've done a great job increasing your home equity. As a result, you are no longer required to pay mortgage insurance premiums (MIP). So, we've removed this coverage for you.

From now on, your monthly MIP in the amount of $26.21 has been removed. You'll see a reduction in your monthly payment soon.

Here at Mr. Cooper, we love when our customers save money.

By the way, MIP is **NOT** the same as the property/casualty insurance, such as hazard insurance, which covers damage to your home. Removal of MIP does not affect any obligation you have for other types of insurance.

Have questions? Please call our Customer Service team at the number above. We're here to make your home loan experience less worrisome and more rewarding.

**You can also review your loan summary, account activity, escrow information and more by visiting us online at www.mrcooper.com.**

Sincerely,
Your Customer Service Team at Mr. Cooper

**GOOD NEWS:**
*We've removed mortgage insurance from your home loan.*

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect against you personally.


EQUAL HOUSING OPPORTUNITY